No. 53160.—Hiyama Shoten et al. *v.* United States, protests 144632–K, etc. (Honolulu and San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53161.—Joseph Horne Company *v.* United States, protests 47360–K, etc. (Philadelphia).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53162.—Hutzler Bros. Company et al. *v.* United States, protests 47428–K, etc. (Baltimore and Philadelphia).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53163.—Marshall Field & Company *v.* United States, protests 50128–K/90030, etc. (Chicago).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53164.—Abercrombie & Fitch Co. et al. *v.* United States, protests 63068–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53165.—Premier Peat Moss Corporation et al. *v.* United States, protests 63822–K, etc. (Buffalo).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53166.—Saccone, Speed & Jenney, Inc., et al. *v.* United States, protests 108258–K, etc. (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.